IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02433-RTG

REX ALLEN FREDERICKSON,

    Plaintiff,

v.

DAVID AYRAUD,
LARIMER COUNTY,
CHAD GREY,
DAVID ARCHBELL,
UNKNOWN ON PAROLE,
ROBERT THAYER,
UNKNOWN DEFENDANTS,

    Defendants.

### THIRD ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Rex Allen Frederickson is a resident of Wellington, Colorado. Plaintiff commenced this action *pro se* on August 6, 2025. (ECF No. 1). After the Court issued two orders to cure deficiencies (ECF Nos. 7, 12), Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 15) on August 15, 2025, and a Complaint (ECF No. 21) on September 4, 2025. The Complaint (ECF No. 21) provides no information under "Supporting facts" other than "See Additional Paper Attached." (ECF No. 21 at 5). There is no attachment to the Complaint, although Plaintiff also filed separately a seventy-five-page document entitled "Statement of Claim" on September 4, 2025. (ECF No. 22).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the Complaint is deficient as described in this order. Plaintiff is directed

1

to cure the following deficiencies to pursue any claims in this action. Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**Application to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  __  is not submitted
(2)  __  is missing signed affidavit
3)   __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) __  other:

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) __  is not on proper form
(13) __  is missing an original signature by the plaintiff
(14) __  is missing page nos.
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) **XX**  **other:**

- *As Plaintiff was previously ordered*, the Complaint may not exceed <u>thirty pages in length</u>. Plaintiff may not attempt to avoid the thirty-page limit by submitting a separate filing which exceeds the page limit.

- *As Plaintiff was previously ordered*, all sections of the court-approved Complaint form must be completed in full. All of Plaintiff's claims and allegations must be presented in the Complaint, on the court-approved form, as one document. Plaintiff may not incorporate other filings. If additional space is needed in Section D. of the Complaint form to describe a claim or assert additional claims, Plaintiff may attach to the Complaint additional pages to continue his claim or assert additional claims, as explained in the instructions under

**Section D. The allowed attached pages are merely a continuation of Section D. and must comply with the instructions for and formatting of section D. Plaintiff may not attempt to sidestep the requirements of the court-approved Complaint form by attempting to incorporate a separate pleading, brief, or other document which does not comply with the formatting and requirements of the court-approved Complaint form.**

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current Court-approved Complaint form, which is available, along with the applicable instructions, at www.cod.uscourts.gov. The form must be completed in full. **The Complaint must not exceed thirty pages in length**. It is

FURTHER ORDERED that, if Plaintiff fails to cure all the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.

DATED September 17, 2025.

BY THE COURT:

*Richard T. Gurley*

———————————————
Richard T. Gurley
United States Magistrate Judge

3