# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:45 am, Oct 16, 2025
JEFFREY P. COLWELL, CLERK

REX ALLEN FREDERICKSON,
Plaintiff,

v.

DAVID AYRAUD
 individually and in his official capacity;
LARIMER COUNTY, COLORADO,
a political subdivision of the State of Colorado;
CHAD GREY,
individually and in his official capacity;
DAVID ARCHBELL, individually
and in his official capacity;
ROBERT THAYER, individually
and in his official capacity;
Jeannine S. Haag
individually and in his official capacity
unknown in number, ;
John J. Feyen
Larimer County Sheriff, sued in his individual
and official capacities.
Chief Jeff Swoboda
Chief of Police for Fort Collins Police Services,
 sued in his individual and official capacities.
UNKNOWN DEFENDANTS,
individually and in his official capacity
unknown in number, ;

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**EX PARTE EMERGENCY RELIEF
REQUESTED – F.R.C.P. 65(b)**

Civil Action No. 1:25-CV-02433RTG

Court room _____

Honorable _____

# MOTION FOR SERVICE OF PROCESS BY U.S. MARSHAL UNDER RULE 4(c)(3)

Plaintiff **Rex Allen Frederickson**, having been granted leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915, respectfully moves this Court to order that service of the summons and complaint be effected by the United States Marshal on all named defendants in this action.

Under **Federal Rule of Civil Procedure 4(c)(3)**:

> "At the plaintiff's request, the court may order that service be made by a United States marshal... The court must so order if the plaintiff is authorized to proceed in forma pauperis."

Accordingly, Plaintiff requests that this Court direct the United States Marshal to serve each defendant at their appropriate addresses upon issuance of the summons.

Plaintiff will submit one completed **AO 440 summons form per defendant**, as required.

Respectfully submitted,

Date 10-15-25

**Rex Allen Frederickson**
Pro Se Plaintiff

**12908 Palimino Pl**

**Wellingto nCo 80549**

**wickeddevelopment@yahoo.com**

**970 744 8175**