IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02433-RTG

REX FREDERICKSON,

    Plaintiff,

v.

DAVID AYRAUD,
LARIMER COUNTY COLORADO,
CHAD GREY,
DAVID ARCHBELL,
JEANNINE S. HAAG,
ROBERT THAYER,
UNKNOWN DEFENDANTS,
CITY OF FORT COLLINS, COLORADO,
JOHN J. FEYEN,
CHIEF JEFF SWOBODA,

    Defendants.

## MINUTE ORDER

ENTERED BY SENIOR U.S. DISTRICT JUDGE LEWIS T. BABCOCK

    Plaintiff's motions for preliminary declaratory and injunctive relief filed August 6, 2025 and October 16, 2025 (ECF Nos. 4, 5, 26, and 28) are **denied without prejudice** as premature. To proceed with this action, Plaintiff must file an amended pleading as ordered by the Court. (*See* ECF No. 32).

Dated: November 7, 2025