IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02433-RTG

REX ALLEN FREDERICKSON,

    Plaintiff,

v.

DAVID AYRAUD,
LARIMER COUNTY,
CHAD GREY,
DAVID ARCHBELL,
CITY OF FORT COLLINS, COLORADO,
JEANNINE D. HAAG,
JOHN J. FEYEN,
CHIEJ JEFF SWOBODA,
ROBERT THAYER,
UNKNOWN DEFENDANTS 1-10.

    Defendants.

---

## FOURTH ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Rex Allen Frederickson is a resident of Wellington, Colorado. Plaintiff commenced this action *pro se* on August 6, 2025. (ECF No. 1). After the Court issued three orders to cure deficiencies (ECF Nos. 7, 12, 23), Plaintiff filed a Complaint on October 16, 2025 (ECF No. 24). On November 5, 2025, the Court granted Plaintiff leave to proceed *in forma pauperis* and ordered him to file an amended Complaint to remedy specified pleading deficiencies. (ECF No. 32). Plaintiff filed an amended Complaint (ECF No. 34) on December 5, 2025. (ECF No. 34).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the amended Complaint is deficient as described in this order. Plaintiff

1

is directed to cure the following deficiencies to pursue any claims in this action. Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**Application to Proceed Pursuant to 28 U.S.C. § 1915**:
- (1)  __  is not submitted
- (2)  __  is missing signed affidavit
- 3)   __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- (4)  __  is missing certificate showing current balance in prison account
- (5)  __  is missing required financial information
- (6)  __  is missing authorization to calculate and disburse filing fee payments
- (7)  __  is missing an original signature by the prisoner
- (8)  __  is not on proper form
- (9)  __  names in caption do not match names in caption of complaint, petition or habeas application
- (10) __  other:

**Complaint, Petition or Application**:
- (11) __   is not submitted
- (12) **XX**  is not on proper form (form is altered)
- (13) **XX**  is missing an original signature by the plaintiff (section F. is not submitted or signed)
- (14) **XX**  is missing page nos. 4, 5
- (15) __   uses et al. instead of listing all parties in caption
- (16) __   names in caption do not match names in text
- (17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (18) **XX**  **other:**

  - ***As Plaintiff was previously ordered**, all sections of the court-approved Complaint form must be completed in full. Plaintiff may not omit pages of the form and replace them with differently-formatted pages of his own creation. Plaintiff may not alter the form.*

  - ***As Plaintiff was previously ordered,** if additional space is needed in Section D. of the Complaint form to describe a claim or assert additional claims, Plaintiff may attach to the Complaint additional pages to continue his claim or assert additional claims, as explained in the instructions under Section D. The allowed attached pages are merely a continuation of Section D. <u>and must comply with the</u>*

**instructions for and formatting of section D**.  Pursuant to that formatting, Plaintiff must identify each legal claim (e.g., "CLAIM ONE: _____"), and, as required on the form, must state the "Supporting facts" pertaining to the claim underneath that identified legal claim.  Plaintiff may not attempt to sidestep the requirements of the court-approved Complaint form by submitting a narrative statement which does not comply with the formatting and requirements of the court-approved Complaint form.

This is the fourth order to cure that this Court has issued in this case.  Plaintiff is well aware that he is required to file his pleading on the unaltered court-approved form.  This Court's local rules require that Plaintiff file his pleading on the court-approved form.  *See* D.C.COLO.LCivR 8.1.(a).  Plaintiff will be granted **one final opportunity** to file a pleading on the unaltered court-approved form.  If he fails to do so, this action will be dismissed without further notice, without prejudice.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current Court-approved Complaint form, which is available, along with the applicable instructions, at www.cod.uscourts.gov.  The form must be completed in full.  The amended Complaint must not exceed thirty pages in length.  Plaintiff must comply with all pleading and filing requirements previously ordered by the Court.  It is

FURTHER ORDERED that, if Plaintiff fails to cure all the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.

DATED January 12, 2026.

BY THE COURT:

*Richard T. Gurley*

_____
Richard T. Gurley
United States Magistrate Judge