IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02433-LTB-RTG

REX FREDERICKSON,

     Plaintiff,

v.

DAVID AYRAUD, in his individual capacity,
BOARD OF COUNTY COMMISSIONER FOR THE COUNTY OF LARIMER,
     COLORADO,
CHAD GREY, in his individual capacity,
DAVID ARCHBELL,
CITY OF FORT COLLINS, a Colorado municipal corporation,
JEANNINE S. HAAG, in her official capacity,
JOHN J. FEYEN, in his individual and official capacity,
JEFF SWOBODA, in his individual and official capacity,
ROBERT THAYER, and
JOHN DOE DEFENDANTS 1-10, in their individual and official capacity,

     Defendants.

---

ORDER

---

This matter is before the Court on the Recommendation of United States

Magistrate Judge filed on March 20, 2026.  (ECF No. 42).  Plaintiff filed timely written

objections to the Recommendation on March 31, 2026.  (ECF No. 44).  The Court has

therefore reviewed the Recommendation *de novo* in light of the file and record in this

case.  On *de novo* review the Court concludes that the Recommendation is correct.

Plaintiff also tendered a second amended Complaint to the Court on March 31,

2026.  (ECF No. 46).  The tendered pleading does not cure the deficiencies in the

operative amended Complaint (ECF No. 36) filed February 11, 2026.  The tendered

pleading, like the operative pleading, fails to contain a short and plain statement of any claim showing that Plaintiff is entitled to relief as required by Rule 8 of the Federal Rules of Civil Procedure. As such, the tendered pleading does not save this action from dismissal.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 42) is accepted and adopted. It is

FURTHER ORDERED the amended Complaint (ECF No. 36) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the pleading requirements of Rule 8. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __7th__ day of ___April___, 2026.

BY THE COURT:

___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court