IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02433-LTB-RTG

REX FREDERICKSON,

      Plaintiff,

v.

DAVID AYRAUD, in his individual capacity,
BOARD OF COUNTY COMMISSIONER FOR THE COUNTY OF LARIMER,
      COLORADO,
CHAD GREY, in his individual capacity,
DAVID ARCHBELL,
CITY OF FORT COLLINS, a Colorado municipal corporation,
JEANNINE S. HAAG, in her official capacity,
JOHN J. FEYEN, in his individual and official capacity,
JEFF SWOBODA, in his individual and official capacity,
ROBERT THAYER, and
JOHN DOE DEFENDANTS 1-10, in their individual and official capacity,

      Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on April 7, 2026, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 7 day of April, 2026.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/P. Kline
               Deputy Clerk